### KOCH v. NEW YORK CITY RY. CO.

(Supreme Court, Appellate Term. October 27, 1905.)

CARRIERS—TRANSFER TICKETS—MUTILATION—REJECTION BY CARRIER.

A street railway company may, pursuant to its rules, refuse a transfer ticket mutilated after coming into the possession of the passenger receiving it, but cannot refuse a ticket mutilated before given him.

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by George R. Koch against the New York City Railway Company. From a judgment for defendant, plaintiff appeals. Affirmed.

Argued before SCOTT, P. J., and BISCHOFF and FITZGERALD, JJ.

Theodore T. Baylor, for appellant.
William E. Weaver, for respondent.

BISCHOFF, J. The finding for the defendant is supported by evidence that the transfer ticket was mutilated after it came into the plaintiff's possession, and thus lost its character as a token of his right to passage, within the reasonable rules adopted by the defendant. If mutilated when it was given him, this ticket would have sufficed, and the defendant could not properly have refused it; but there was evidence to the contrary, and we cannot say that the justice should have given the better credit to the interested testimony of the plaintiff.

Judgment affirmed, with costs. All concur.